# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES,<br><br>    Plaintiff,<br><br>    v.<br><br>PINNACLE HOSPITALITY GROUP, LLC, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01738-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>SIXTY DAY DEADLINE |

On March 21, 2019, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED;
2. Plaintiff shall file dispositional documents within sixty (60) days of the date of entry of this order; and
3. Failure to comply with this order will result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: __**March 22, 2019**__

UNITED STATES MAGISTRATE JUDGE

1